# Court of Appeals
# of the State of Georgia

ATLANTA,    May 02, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0320.  DARRELL E. BROWN v. THE STATE.**

Darrell Brown was convicted of multiple offenses, including aggravated assault, aggravated battery, and kidnapping, and his convictions were affirmed on appeal.  See *Brown v. State*, 275 Ga. App. 99 (619 SE2d 789) (2005). In this application for discretionary appeal, Brown seeks to appeal the trial court's order denying various pro se motions.[1]

Although Brown's argument is difficult to decipher, he appears to argue that his convictions for aggravated assault and aggravated battery should have merged for sentencing purposes.  But Brown raised a merger argument on direct appeal, which we rejected.  See *Brown*, supra at 106 (5).  The law of the case rule precludes Brown from relitigating this issue.  See *Ross v. State*, 310 Ga. App. 326, 327-328 (713 SE2d 438) (2011).  This application for discretionary appeal is thus DISMISSED.

Given that Brown was seeking to relitigate an issue decided in his direct appeal, this application is frivolous.  OCGA § 42-12-7.2 provides:

> In no event shall a prisoner file any action in forma pauperis in any court
> of this state if the prisoner has, on three or more prior occasions while
> he or she was incarcerated or detained in any facility, filed any action in
> any court of this state that was subsequently dismissed on the grounds
> that such action was frivolous or malicious, unless the prisoner is under

---

[1] Since this Court issued its decision in *Brown v. State*, Brown has filed 10 actions challenging his conviction and/or sentence.

imminent danger of serious physical injury.

We thus caution Brown that if he continues to file meritless motions, he may find future claims barred by OCGA § 42-12-7.2.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 05/02/2013
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.



    , Clerk.